**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL HONEYCUTT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

DANIEL HONEYCUTT,                               No.   2:19-cv-01619-AC (SS)

        Plaintiff,

                                                      STIPULATION AND [proposed]
                                                      ORDER FOR EXTENSION OF
                                                      TIME TO FILE PLAINTIFF'S
   v.                                            MOTION FOR SUMMARY
Andrew Saul,                                    JUDGMENT
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 24, 2020.

    This is a second extension, requesting four further days for essentially the reasons given in requesting the first extension: that plaintiff's attorney is working through a large volume of these cases during the second half of March through the end of April, including because five

[Pleading Title] - 1

administrative records were filed on the same day. Counsel, for instance, has filed motions for summary judgment April 8, 13, 15, and will file another April 20, 2020.

Dated:   April 20, 2020                          /s/   *Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff


                                                 McGREGOR W. SCOTT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Counsel, Region IX
                                                 Social Security Administration

Dated:   April 20, 2020                           */s/ per e-mail authorization*
                                                 CAROL S. CLARK
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 24, 2020.

SO ORDERED.

Dated: April 21, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2