**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL HONEYCUTT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **DANIEL HONEYCUTT,** | No.   **2:19-cv-01619-AC (SS)** |
| **Plaintiff,** | |
| | **STIPULATION AND [~~proposed~~] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 27, 2020.

This is a third extension, requesting one further business day, necessitated by plaintiff's counsel's having to handle several other matters, and is not objected to by defendant.

Dated:    April 24, 2020                    /s/   *Jesse S. Kaplan*
                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff

[Pleading Title] - 1

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:   April 24, 2020                    */s/ per e-mail authorization*
CAROL S. CLARK
Special Assistant U.S. Attorney
Attorney for Defendant


# ORDER


    For good cause shown on the basis of this stipulation, the requested extension of

plaintiff's time to file a motion for summary judgment brief is extended to April 27, 2020.

    SO ORDERED.

Dated: April 27, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE