McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8975
     Facsimile: (415) 744-0134
     E-Mail: Carol.S.Clark@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JOHN HONEYCUTT,<br><br>       Plaintiff,<br><br>   vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 2:19-cv-01619-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by fourteen (14) days from May 27, 2020, up to and including June 10, 2020.  This is the Defendant's first request for an extension.

     Defendant requests this extension because an emergent medical issue and related appointments have interfered with counsel's ability to complete the brief as originally scheduled. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  May 27, 2020            /s/  *Jesse Kaplan*          *
                                  (*as authorized via e-mail on May 26, 2020)
                                  JESSE KAPLAN
                                  Attorney for Plaintiff

Dated: May 27, 2020            McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                               By:     /s/  *Carol S. Clark*
                                  CAROL S. CLARK
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant


# **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 10, 2020, to respond to Plaintiff's Motion for Summary Judgment.

DATED: May 28, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE