McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL JOHN HONEYCUTT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01619-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME (SECOND REQUEST) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended by an additional fourteen (14) days from June 10, 2020, to June 24, 2020. This is the Defendant's second request for an extension. The Court previously granted a fourteen (14) day extension, extending the due date from May 27, 2020, to June 10, 2020.

Defendant requests this extension because an emergent medical issue and related appointments have interfered with counsel's ability to complete the brief as originally scheduled. Counsel for Defendant has been working diligently on this brief, but in light of the medical issue

and competing assignments, including a Ninth Circuit brief on extension that was filed on June 9, 2020, Counsel for Defendant states that she will be unable to complete her brief in this matter and submit it for required reviews prior to the current deadline.  Counsel for Defendant makes this request in good faith, with no intention to unduly delay proceedings, and sincerely apologizes to the Court and to Plaintiff for any inconvenience caused by this request.

        The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

        Respectfully submitted,

Dated:  June 10, 2020  /s/  *Jesse Kaplan*         *
(*as authorized via e-mail on June 10, 2020)
JESSE KAPLAN
Attorney for Plaintiff

Dated: June 10, 2020  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/  *Carol S. Clark*
CAROL S. CLARK
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 24, 2020, to respond to Plaintiff's Motion for Summary Judgment.

DATED: June 11, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE