**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL HONEYCUTT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **DANIEL HONEYCUTT,** | No.   2:19-cv-01619-AC(SS) |
| **Plaintiff,** | |
| | **MOTION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| v. | |
| **Andrew Saul,** | |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** _____/ | |

   Plaintiff DANIEL HONEYCUTT moves for an extension of time to August 5, 2020, within which to file a reply brief.

   This request is made as a motion because through requesting counsel's inadvertence it is made one day late. Opposing counsel does not oppose this extension. It is based on the following reasons.

[Pleading Title] - 1

DATED:  July 16, 2020                                /s/   Jesse S. Kaplan

JESSE S. KAPLAN
Attorney for Plaintiff
DANIEL HONEYCUTT

### DECLARATION OF JESSE S. KAPLAN

I, Jesse S. Kaplan, declare that I am counsel for plaintiff and make this request for extension based on my workload. During the month of July, I have, or will have, upwards of 12 hearings in Social Security cases, for most of which I must draft prehearing briefs. I also have drafted, or will, four or five federal court briefs plus an opening brief in the Ninth Circuit. I have other work as well.

I declare under penalty of perjury that the foregoing is true and correct and that this was executed at Carmichael California on July 16, 2020.

/s/     Jesse S. Kaplan
JESSE S. KAPLAN

### ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to August 5, 2020.

SO ORDERED.

DATED: July 17, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2