**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**DANIEL HONEYCUTT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| DANIEL HONEYCUTT, | No.   2:19-cv-01619-AC |
| **Plaintiff,** | |
| | STIPULATION AND  [~~proposed~~] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to August 6, 2020.

This would be a second extension, of one additional day. Plaintiff's counsel filed one reply brief July 31, and multiple other work-obligations consumed all of August 3 and are and will consume portions of the other intervening days.

[Pleading Title] - 1

Dated: August 4, 2020 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: August 4, 2020 */s/ per e-mail authorization*
CAROL S. CLARK
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to August 6, 2020.

SO ORDERED.

Dated: August 5, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2